**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **FRED COGSWELL, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 3:17-cv-179-DJH** |
| | ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF SETTLEMENT**

**COME NOW** plaintiff Fred Cogswell, Jr. ("Plaintiff") and defendant Midland Credit Management, Inc. ("Midland") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this the 26th day of April, 2017,

/s/ David W. Hemminger (with permission)
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 S. Fifth Street
Louisville, KY 40202
Phone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com

Attorney for Plaintiff
FRED COGSWELL, JR.

/s/ Reid S. Manley
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rmanley@burr.com

Attorney for Defendant
MIDLAND CREDIT MANAGEMENT, INC.